UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NYKLAURITZENCOOL A.B.,

        Plaintiff,

-v-                                  No. 07 Civ. 3520 (LTS)(HBP)

KELSO ENTERPRISES LTD.,

        Defendant.

-------------------------------------------------------x



## ORDER

The funds attached in this case having been deposited into the Court registry pending the outcome of arbitration proceedings, it is hereby

ORDERED, that this case is dismissed without prejudice, and, upon request by Plaintiff or Defendant, the case will be reopened for the purposes of any necessary proceedings to enforce any judgment or arbitration award rendered in connection with a resolution of the merits of the dispute that is the subject of this action, or for any necessary proceedings attendant to the disposition of the registry funds.

    SO ORDERED.

Dated: New York, New York
       June 25, 2009

                                          LAURA TAYLOR SWAIN
                                          United States District Judge